Apareciendo que no existe justa causa para permitir el archivo del alegato después de vencido con exceso el término (y de pedida la desestimación), sin existir algún motivo extraordinario se negó el permiso solicitado y se desestimó el recurso, por abandono.

No. 3985.—Pueblo, apldo., *v.* Resto, aplte.—C. D. San Juan. Acometimiento y agresión grave. Enero 20, 1030.

No. 3989.—Pueblo, apldo., *v.* Vélez, aplte.—C. D. San Juan. Adulteración de leche. Enero 20, 1930.

No. 3990.—Pueblo, apldo., *v.* Zorrentino, aplte.—C. D. San Juan. Infracción Ley de Prohibición. Enero 20, 1930.

No. 3991.—Pueblo, apldo., *v.* Santiago, aplte.—C. D. San Juan. Adulteración de leche. Enero 20, 1930.

No. 3992.—Pueblo, apldo., *v.* Félix, aplte.—C. D. San Juan. Infracción ordenanzas municipales. Enero 20, 1930.

No. 3994.—Pueblo, apldo., *v.* Padilla Arroyo, aplte.—C. D. Mayagüez. Homicidio voluntario. Enero 20, 1930.

No. 3995.—Pueblo, apldo., *v.* Lamboy, aplte.—C. D. Mayagüez. Asesinato en segundo grado. Enero 20, 1930.

No. 3996.—Pueblo, apldo., *v.* Lamboy, aplte.—C. D. Mayagüez. Asesinato en primer grado, etc. Enero 20, 1930.

Vista la moción de desestimación presentada por el fiscal y oídas las manifestaciones orales del apelante, no alegándose causa suficiente para la no presentación en tiempo del alegato, ni estimando el tribunal que se hayan demostrado razones bastantes para que estuviera justificado en conceder un nuevo término para la radicación de la exposición del caso y alegato consiguiente, se desestima el recurso.

No. 3988.—Pueblo, apldo., *v.* García, aplte.—C. D. San Juan. Adulteración de leche. Enero 27, 1930.

No. 3997.—Pueblo, apldo., *v.* Noel, aplte.—C. D. Mayagüez. Homicidio voluntario. Enero 27, 1930.

No. 3999.—Pueblo, apldo., *v.* Calderón, aplte.—C. D. San Juan. Acometimiento y agresión, etc. Enero 27, 1930.